NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

24-539

STATE OF LOUISIANA

VERSUS

KERRY LAMAR PRICE

************

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. MD186965
HONORABLE MICHELE S. BILLEAUD, DISTRICT JUDGE

************

LEDRICKA J. THIERRY
JUDGE

************

Court composed of Candyce G. Perret, Gary J. Ortego, and Ledricka J. Thierry, Judges.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**

**Hon. Don Landry**
**District Attorney**
**Fifteenth Judicial District**
**P.O. Box 3306**
**Lafayette, LA 70502**
**(337) 232-5170**
**COUNSEL FOR APPELLEE:**
     **State of Louisiana**


**Kerry Lamar Price**
**3015 Loreauville Rd.**
**New Iberia, LA 70560**
**(337) 288-4828**
**PRO SE**

**THIERRY, Judge.**

Defendant, Kerry Lamar Price, was charged with a violation of La.R.S. 14:35.3, domestic abuse battery, on August 10, 2022. On June 18, 2024, a trial was held. The court found Defendant guilty of the misdemeanor charge of domestic abuse battery and imposed a sentence of six months in the parish jail. The court suspended all but forty-eight hours of the sentence, which was to be served without benefit of probation, parole, or suspension of sentence. The court also placed Defendant on two years of active supervised probation, imposed a fine of $500.00, and ordered Defendant to perform community service at a rate of eight hours per day for eight days. On July 17, 2024, Defendant filed a pro se Notice of Appeal. An order signed July 22, 2024, granted Defendant an appeal and set a return date.

The record was lodged with this court on October 4, 2024, and on October 8, 2024, this court issued a rule to show cause why the appeal in this case should not be dismissed as the judgment at issue is not appealable because the offense is a misdemeanor. Defendant was given until October 30, 2024, to file a brief in response to the rule. Defendant's response was received on October 30, 2024. Instead of addressing why the appeal should not be dismissed, Defendant argued the merits of his case.

Defendant is seeking review of his misdemeanor conviction. The proper manner for review of this ruling is a supervisory writ. La.Code Crim.P. art. 912.1. Accordingly, Defendant's appeal is dismissed. Defendant is hereby permitted to file an application for supervisory writs within fifteen days of the date of this decision. Defendant is not required to file a notice of intent to seek writs nor obtain an order setting a return date, which is generally required by Uniform Rules—Courts of

Appeal, Rule 4–3. We construe the motion for appeal as a timely-filed notice of intent to seek a supervisory writ.

**APPEAL DISMISSED. DEFENDANT-APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS WITHIN FIFTEEN DAYS FROM THE DATE OF THIS DECISION.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.